UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the termination of                        ORDER
Referral to Magistrate Judge

_____

        **ORDERED** that the referral to Magistrate Judge Thérèse W. Dancks in the following case has been terminated. This case will be decided directly, without Report and Recommendation, by the Honorable Norman A. Mordue, Senior U.S. District Judge:

| Case Number | Caption |
|---|---|
| 3:13-cv-500 (NAM/TWD) | Lambert v. Commissioner of Social Security |

**IT IS SO ORDERED.**

Dated: May 5, 2014
Syracuse, New York

*Gary L. Sharpe*
Gary L. Sharpe
Chief U.S. District Judge